UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS HAYS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE; et al.,<br><br>　　　　　　Defendants. | CASE NO. C06-414C<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant City of Seattle's unopposed motion for extension of initial scheduling dates (Dkt. No. 10).

The Court hereby extends the following dates, as requested:

- Deadline for FRCP 26(f) conference:　　　　　　　　　　　　　June 6, 2006
- Initial Disclosure Pursuant to FRCP 26(a):　　　　　　　　　　June 13, 2006
- Combined Joint Status Report and Discovery Plan
　　as Required by FRCP 26(f) and Local Civil Rule 16:　　　　June 20, 2006

DATED this 26th day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　By _/s/ C. Ledesma_
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER – 1